# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132851

TODD M. CELLEY,
      Plaintiff-Appellant,

v

KATHLEEN M. STEVENS,
      Defendant-Appellee.

SC: 132851
COA: 273846
Washtenaw CC: 01-000425-NO

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

On order of the Court, the application for leave to appeal the November 2, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

s0416